IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>MARTIN SCAMARONI-CINTRON,<br><br>*Defendants.* | Criminal Case No. 22-094 (ADC) |

**MOTION TO RESTRICT**

TO THE HONORABLE COURT:

Mr. Martin Scamaroni-Cintron, the defendant in the above-captioned case, represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, respectfully requests as follows:

1)      Mr. Scamaroni-Cintron is filing concomitantly to this motion a request that contains references to sensitive information that is private in nature, including medical information.

2)      In order to maintain the privacy of the information that is contained in the motion, Mr. Scamaroni-Cintron, through the undersigned attorney, requests leave to file the motion filed at ECF docket number [16] using the selected parties viewing restriction, which will send notification of such filing to the government, specifically Assistant United States Attorney Manuel Muniz Lorenzi and the United States Probation Office; who will have access.

3)      This motion to restrict is filed in compliance with Standing Order No. 9 issued by the Honorable Aida M. Delgado Colon, United States District Judge, Misc. No. 03-149 (ADC).

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the present motion and that the same be granted.

I HEREBY CERTIFY that on this date, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 15th day of August 2022.

**ERIC A. VOS**
Federal Public Defender
District of Puerto Rico

*S/Cherrelle Herbert*
Cherrelle Herbert
Assistant Federal Public Defender
USDC G-03010
241 F.D. Roosevelt Ave.
San Juan, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: Cherrelle_Herbert@fd.org

2