IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

MARTIN SCAMARONI-CINTRON,
Defendant.

CRIMINAL No. 22-094 (ADC)

## MOTION FOR CHANGE OF PLEA

TO THE HONORABLE AIDA DELGADO-COLON
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

**COMES NOW** defendant, Martin Scamaroni-Cintron, represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, and very respectfully states, alleges and prays as follows:

1. The defendant, Mr. Martin Scamaroni-Cintron, respectfully requests the setting of a hearing at which he will be changing his previously entered plea of not guilty to one of guilty.

2. Mr. Scamaroni-Cintron does not object to the referral of his Change of Plea motion to a magistrate judge for hearing and report and recommendation.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the above and that a change of plea hearing be scheduled.

**I HEREBY CERTIFY** that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system that will send electronic notification of said filing to all parties of record.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 1st day of October 2022.

**ERIC A. VOS**
**Federal Public Defender**
**District of Puerto Rico**

*S/CHERRELLE HERBERT*
Cherrelle Herbert
Assistant Federal Public Defender
USDC-PR Government No. G03010
241 F.D. Roosevelt Avenue
San Juan, PR    00918-2305
Phone No. (787) 281-4922
Cherrelle_Herbert@fd.org