IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
*Plaintiff,*

v.

MARTIN SCAMARONI-CINTRON,
*Defendant.*

Criminal No. 22-094 (ADC)/(CVR)

JOINT MOTION TO CONTINUE CHANGE OF PLEA HEARING

TO THE HONORABLE CAMILLE L. VÉLEZ-RIVÉ
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF PUERTO RICO:

Martin Scamaroni-Cintron ("Mr. Scamaroni-Cintron"), represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, and the United States of America, through its undersigned counsel, respectfully request a continuance of the Change of Plea hearing that is currently set for October 25, 2022, at 9:00 a.m. In support of this motion, the parties state as follows:

1)      On October 1, 2022, Mr. Scamaroni-Cintron filed a motion requesting that this Honorable Court schedule a hearing for him to change his plea from not guilty to guilty. (Docket No. 21.) On October 4, 2022, this Honorable Court scheduled Mr. Scamaroni-Cintron's Change of Plea hearing for October 25, 2022, at 9:00 a.m. in courtroom 11. (Docket No. 24.)

2)      Today, October 21, 2022, the parties reached an agreement in Mr. Scamaroni-Cintron's case. Mr. Scamaroni-Cintron now intends to change his plea from not guilty to one of guilty pursuant to a plea agreement.

3)    The proposed agreement would include a recommended term of imprisonment and recommendations regarding restitution. In order to (1) allow the government to confirm details related to restitution, (2) give the government adequate time to draft a plea agreement that includes a recommendation on restitution, (3) give defense counsel an opportunity to review the drafted plea agreement with Mr. Scamaroni-Cintron, and (4) allow Mr. Scamaroni-Cintron an opportunity to agree to and sign the drafted plea agreement, the parties respectfully request that this Honorable Court continue the Change of Plea hearing by 21 days.

4)    A continuance of Mr. Scamaroni-Cintron's Change of Plea hearing outweighs the interest of the public in a speedy trial and is necessary to ensure Mr. Scamaroni-Cintron receives effective assistance of counsel.

5)    For all of the reasons mentioned above, the parties having discussed the developments in Mr. Scamaroni-Cintron's case, respectfully request that this Honorable Court reset Mr. Scamaroni-Cintron's Change of Plea hearing for any date on or after November 15, 2022.

WE CERTIFY that on this date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

In San Juan, Puerto Rico, this 21st day of October 2022.

**W. Stephen Muldrow**
United States Attorney
District of Puerto Rico

**Eric A. Vos**
Federal Public Defender
District of Puerto Rico

*s/Manuel Muñiz-Lorenzi*
Manuel Muñiz-Lorenzi
Assistant United States Attorney
USDC-G 03304
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918

*S/Cherrelle Herbert*
Cherrelle Herbert
Assistant Federal Public Defender
USDC-G 03010
241 F.D. Roosevelt Ave.
San Juan, P.R. 00918-2441
Tel. (787) 281-4922

2

Tel. (787) 766-5656                                          E-mail: Cherrelle_Herbert@fd.org
Email: Manuel.Muniz.Lorenzi@usdoj.gov